IN THE MATTER OF DISCIPLINARY PROCEEDINGS AGAINST TUBE BAR, INC. T/A TUBE BAR, 12 CONCOURSE, JERSEY CITY, N. J., HOLDER OF PLENARY RETAIL CONSUMPTION LICENSE C–184 ISSUED BY THE MUNICIPAL BOARD OF ALCOHOLIC BEVERAGE CONTROL OF THE CITY OF JERSEY CITY.

*Mr. Samuel J. Davidson* for the petitioner.

*Mr. George F. Kugler, Jr., Mr. Stephen Skillman* and *Mr. Richard C. Camp* for the respondent.

April 14, 1970. Denied.

SHIRLEY YERZY, *ET AL.*, PLAINTIFFS-RESPONDENTS, v. DAVID LEVINE, M.D., DEFENDANT-PETITIONER.

See same case below: 108 *N. J. Super.* 222.

*Messrs. Shanley & Fisher* and *Mr. John J. Francis, Jr.* for the petitioner.

*Messrs. Hein, Smith, Mooney & Berezin* for the respondents.

April 14, 1970. Granted.

FLORENCE G. YAGER, EXECUTRIX, *ETC.*, PLAINTIFF-PETITIONER v. PLAINFIELD TRUST STATE NATIONAL BANK, DEFENDANT-RESPONDENT.

*Messrs. Gross, Weissberger & Linett* for the petitioner.

*Mr. Samuel A. Bloom* for the respondent.

April 14, 1970. Denied.